AMERICAN FOODS, INC. v. GOODSON FARMS, INCORPORATED, AND J. MICHAEL GOODSON

No. 52

(Filed 3 November 1981)

APPEAL from decision of the Court of Appeals affirming judgment in favor of plaintiff entered by *Llewellyn, J.,* in PENDER Superior Court. The Court of Appeals opinion, 50 N.C. App. 591, 275 S.E. 2d 184 (1981), is by *Judge Hill* with *Judge Arnold* concur-

ring. *Judge Wells* dissented from that part of the majority opinion affirming summary judgment in plaintiff's favor on defendants' counterclaim.

Pursuant to G.S. 7A-30(2), defendants appealed from the portion of the majority opinion affected by the dissent. Defendants petitioned this court for discretionary review of the remainder of the Court of Appeals decision but that petition was denied on 2 June 1981.

*Poisson, Barnhill & Britt, by L. J. Poisson, Jr., for defendant-appellants.*

*Murchison, Fox & Newton, by William R. Shell, for plaintiff-appellee.*

PER CURIAM.

The only question presented to this court is whether the Court of Appeals erred in affirming the judgment of the trial court dismissing defendants' counterclaim. After carefully reviewing the opinion of the Court of Appeals and the briefs and authorities on this question, we conclude that the result reached by the Court of Appeals, its reasoning and the legal principles enunciated by it, are correct. Consequently, we adopt the majority opinion as our own and the decision is

Affirmed.